# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.V.H. INC., <br> Plaintiff, <br> v. <br> DON F. FERROLINO, ET AL., <br> Defendants. | Case No. CV 14-9867 JAK (MRW) <br> **ORDER REMANDING ACTION** <br> JS-6 |

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

IT IS SO ORDERED.

Dated: January 13, 2015

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE